UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jeremy Smith,

                Plaintiff(s),

v.                                        Case No. 2:12−cv−13021−JAC−LJM
                                         Hon. Julian Abele Cook

National Credit Adjusters, LLC.,

                Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default:  National Credit Adjusters, LLC.

   The default of the party named above for failure to plead or otherwise defend is entered.

### Certificate of Service

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                          DAVID J. WEAVER, CLERK OF COURT

                                          By: s/ P. Miller
                                                Deputy Clerk

Dated:  August 14, 2012